AUSA: Michael Taylor     Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint     Task Force Officer: Joshua Scott - ATF     Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Antonio Ronjamal Patterson

Case: 2:21-mj-30391
Judge: Unassigned,

Filed: 08-11-2021 At 09:39 AM
SEALED MATTER (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 1, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Scott, Task Force Officer - ATF
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 11, 2021__

_____
Judge's signature

City and state: __Detroit, Michigan__     Honorable Curtis Ivy, Jr., U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Joshua Scott, being duly sworn, do hereby state the following:

### INTRODUCTION

1. I am a Task Force Officer "TFO" with the Detroit Police Department and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since February 2020. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have received extensive training at and successfully graduated from the Detroit Police Training Academy as a Police Officer. I have worked the streets for 2 years including a year of routine patrol and a year in the 5th precinct special operations unit.

3. During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug tracking violations, and offenses by criminal street gangs, among others. In addition, I have utilized a variety of investigative techniques and resources as a Task Force Officer, including physical and electronic surveillance, undercover and various types of informants,

1

and cooperating sources.  Through these investigations, my training and experience, and conversations with other agents and other law enforcement personnel, I have become familiar, not only with firearms violations, but also with methods used by gang members and drug traffickers to smuggle and safeguard controlled substances, to distribute controlled substances, and to collect, launder, hide, disguise or conceal related proceeds.  I am familiar with methods employed by gang members and large narcotics organizations to attempt to thwart any investigation of their criminal activity.  These tactics, employed in part to evade law enforcement, include their criminal use of and association with: multiple residences, multiple cellular phones, counter surveillance, smuggling schemes, false or fictitious identities, coded communications and conversations and the use of firearms to ensure facilitation of the illegal activity.

4. The statements contained in this affidavit are based, in part, on my review of written police reports by the Detroit Police Department. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators and individuals with knowledge of this matter, my investigation, and the review of documents.

5. This affidavit establishes probable cause that Antonio Ronjamal Patterson (Date of Birth XX/XX/1987) violated 18 U.S.C. § 922(g)(1), as a felon in

2

possession of a firearm. The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation.

## PROBABLE CAUSE

6. On May 1st, 2021, at approximately 9:50pm, Detroit Police Department (DPD) Officers were on patrol in the area of West Seven Mile Road and Braile Street. As they were providing special attention to the Sunoco gas station on West Seven Mile Road, Officer Jones observed Antonio Patterson walking outside of the Gas station with the imprint of a handgun in his left hoodie jacket pocket.

7. When DPD Officer Jones asked if Mr. Patterson had a CPL, Mr. Patterson stated "no".

8. Officers then detained Mr. Patterson and removed a black, Ruger Model LC9, 9mm pistol from Mr. Patterson's pocket. It was observed that the magazine was loaded with numerous live rounds and one live round in the chamber.

9. Per law enforcement records, Mr. Patterson does not have a valid CPL (Concealed Pistol License) and the black Ruger LC9, 9mm pistol is stolen out of the city of Warren.

10. A review of Mr. Patterson's Computerized Criminal History (CCH) revealed Mr. Patterson has been convicted of the following felonies:

    a) 2007 – Attempt- Felony Vehicle Unlawful Driving Away of a Motor Vehicle

    b) 2014 – Delivery/Manufacture of a Controlled Substance

    c) 2015 – Home Invasion 1st degree

11.    Patterson's felony convictions in each of the above cases were obtained by guilty plea in the state of Michigan. I am aware that the Michigan Court Rules require a court to directly advise a defendant of the maximum possible penalty before accepting a guilty plea. Therefore, probable cause exists that Patterson knew, at the time he possessed the firearm, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

12.    On April 6, 2020, Interstate Nexus Expert S/A Mark Davis advised, based on a verbal description of the firearm and physically examining the firearm, the aforementioned Ruger Model LC9, 9mm pistol is a firearm as defined under 18 U.S.C. § 921, and that it was manufactured outside the state of Michigan and therefore had traveled through interstate and/or foreign commerce.

## CONCLUSION

13.    Based upon the above information, probable cause exists that on May 1, 2021, Antonio Ronjamal Patterson (Date of Birth XX/XX/1987), a convicted felon and knowing his prohibited status, did knowingly possess the above described

firearm, said firearm having traveled in interstate commerce, in the Eastern District of Michigan, in violation of Title 18 U.S.C. § 922(g)(1).

_____
Joshua Scott
Task Force Officer, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

Date: August 11, 2021

5